## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

  Richard N. Kennedy,                           CASE NO. 13-51219 KMS

  Debtor                                                  CHAPTER 7

### ORDER GRANTING MOTION TO QUASH DEPOSITION/DOCUMENT
### SUBPOENA SERVED ON BLAKE D. SMITH

On October 24, 2013, this matter came before this Court for hearing on Non-Party Blake D. Smith's Motion to Quash Deposition/Document Subpoena Petitioners Served on Blake D. Smith, Enter Protective Order, and for Other Relief [Dkt. #34], Joinder filed by Richard N. Kennedy [Dkt. #35] and Response filed by Petition Creditor [Dkt. #41], and the Court, having reviewed the pleadings, heard argument of counsel and being fully advised in the premises, finds, for the reasons set forth on the record at the aforementioned hearing, that this Motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED that the Motion to Quash Deposition/Document Subpoena Petitioners Served on Blake D. Smith, Enter Protective Order, and for Other Relief [Dkt. #34] is granted, and the Court enters this Protective Order prohibiting the Petitioners from conducting the deposition of Blake D. Smith and from obtaining the documents sought from Blake D. Smith through the subpoena *duces tecum* served on him.

SO ORDERED

                                                                                   */s/ Katharine M. Samson*
                                                                            Katharine M. Samson
                                                                            United States Bankruptcy Judge
                                                                            Dated:  November 5, 2013

Submitted by:
MATTHEW D. MILLER (MSB #99210)
110 Sheffield Loop
Hattiesburg, MS  39402
(601) 264-6670
mmiller@cctb.com
Counsel for non-party Blake Smith